IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **HARRIS METHODIST, FT. WORTH,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Cause Number |
| | § | 4:01-CV-0567-Y |
| **SALES SUPPORT SERVICES, INC.** | § | |
| **EMPLOYEE HEALTH CARE PLAN and** | § | |
| **SALES SUPPORT SERVICES, INC.,** | § | |
| | § | |
| **Defendants and Third-Party Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| **TRANSAMERICA LIFE INSURANCE AND** | § | |
| **ANNUITY COMPANY, STANDARD** | § | |
| **SECURITY LIFE INSURANCE COMPANY** | § | |
| **OF NEW YORK AND BERKLEY RISK** | § | |
| **MANAGERS,** | § | |
| | § | |
| **Third-Party Defendants.** | § | |

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSE
TO BERKLEY'S MOTION FOR SUMMARY JUDGMENT
AND MOTION TO STRIKE ANSWER AND BRIEF IN SUPPORT**

Defendants, Sales Support Services, Inc. Employee Health Care Plan and Sales Support Services, Inc., (collectively, "Sales Support") file their Agreed Motion to Extend Time to File Response to Berkley Risk Manager's Renewed Motion for Summary Judgment and Berkley Risk Manger's Renewed Motion to Strike Answer and Brief in Support as follows:

**DEFENDANTS' MOTION TO EXTEND TIME TO
FILE RESPONSE TO BERKLEY'S MOTIONS - PAGE 1**

## I. <u>MOTION</u>

On January 31, 2006, Berkley filed a Renewed Motion for Summary Judgment and a Renewed Motion to Strike. On that same day, three additional motions for summary judgment were filed against Defendants by the other parties to this matter. In order to properly rebrief each of the responses to the pending motions, Sales Support seeks to stagger response times to the various motions. Berkley has agreed to a one week extension of the time for Sales Support to files repsonses to its motions. This extension would permit Sales Support to file three responses on the original due date and two additional responses the following week. Given the magnitude of the briefing and review, Sales Support does not anticipate that such an extension would result in a delay to the overall litigation. Sales Support had intended to seek this relief from the Court prior to this date, however, counsel for Berkley was ill and unavailable last week. Preferring to file this motion as agreed, Sales Support waited until it was able to get the consent of respondent.

## II. <u>BRIEF IN SUPPORT</u>

The Court has discretion to manage its docket as it sees fit in the interests of justice and judicial economy. This extension will promote judicial efficiency by permitting Defendants to properly prepare briefing that will be of assistance to the Court. This motion is timely filed and is sought not for purposes of delay but so that justice may be done. As such, Defendants request this Court grant this motion in its entirety and any further relief to which they may show themselves entitled.

## III. <u>RELIEF REQUESTED</u>

Wherefore, Defendants respectfully request that the Court grant Defendants' Motion to

**DEFENDANTS' MOTION TO EXTEND TIME TO
FILE RESPONSE TO BERKLEY'S MOTIONS - PAGE 2**

Extend Time to File Response to Response to Berkley Risk Manager's Renewed Motion for Summary Judgment and Berkley Risk Manger's Renewed Motion to Strike Answer and extend such date to February 28, 2006.

        Respectfully submitted,

        VIAL, HAMILTON, KOCH & KNOX, L.L.P.


        By: /s/ Richard E. Aubin
            Richard E. Aubin
            State Bar No. 00787012

        1700 Pacific, Suite 2800
        Dallas, Texas 75201
        Telephone: (214)712-4400
        Facsimile: (214)712-4402

        AND

        BANOWSKY, BETZ & LEVINE, P.C.
        Scott D. Levine
        State Bar No. 00784467
        790 Coit Central Tower
        12001 N. Central Expy.
        Dallas, Texas  75243
        Telephone: (214) 871-1300
        Facsimile: (214) 871-0038

        ATTORNEYS FOR SALES SUPPORT
        SERVICES, INC. EMPLOYEE HEALTH CARE
        PLAN AND SALES SUPPORT SERVICES, INC.

Agreed:

/s/Bob Candee
Bob Candee
ATTORNEY FOR BERKLEY RISK MANAGERS


**DEFENDANTS' MOTION TO EXTEND TIME TO**
**FILE RESPONSE TO BERKLEY'S MOTIONS - PAGE 3**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 21st day of February, 2006 a true and correct copy of the foregoing document was served via the Federal Court ECF System on the following:

| | |
|---|---|
| Lisa A. Manziel | Robert M. Candee |
| Manziel Law Offices | Henslee, Fowler, Hepworth |
| 8330 Meadow Road, Suite 100 | & Schwartz, L.L.P. |
| Dallas, Texas 75231 | 6688 North Central Expwy., |
| | Suite 850 |
| | Dallas, Texas 75231 |

Andrew C. Whitaker
Figari Davenport & Graves
3400 Bank of America Plaza
901 Main Street
Dallas, Texas 75202

             /s/ Richard E. Aubin
             Richard E. Aubin