**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **HARRIS METHODIST, FT. WORTH,** | § | |
| | § | |
| **v.** | § | **Cause Number** |
| | § | **4:01-CV-0567-Y** |
| **SALES SUPPORT SERVICES, INC.** | § | |
| **EMPLOYEE HEALTH CARE PLAN and** | § | |
| **SALES SUPPORT SERVICES, INC.,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TRANSAMERICA LIFE INSURANCE AND** | § | |
| **ANNUITY COMPANY, STANDARD** | § | |
| **SECURITY LIFE INSURANCE COMPANY** | § | |
| **OF NEW YORK AND BERKLEY RISK** | § | |
| **MANAGERS,** | § | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE**

The Court has considered the Defendants' Motion to Extend Time to File Response to Response to Berkley Risk Manager's Renewed Motion for Summary Judgment and Berkley Risk Manger's Renewed Motion to Strike Answer [document number 192], (the "Motion"), and has determined that the Motion should be and is hereby **GRANTED.** Accordingly, it is

**ORDERED** that the time for Defendants to file a response to Response to Berkley Risk Manager's Renewed Motion for Summary Judgment and Berkley Risk Manger's Renewed Motion to Strike Answer is extended to February 28, 2006.

Signed February 21, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE** – Page Solo